# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| UNIVERSAL WINDOWS, INC | § | Case No. 12-09401 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/09/2012 . The undersigned trustee was appointed on 03/09/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $    3,021.17

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 2.40 |
| Bank service fees | 330.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

    Leaving a balance on hand of[1]              $    2,688.77

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  09/21/2012  and the deadline for filing governmental claims was  09/21/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 755.29 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 755.29 , for a total compensation of $ 755.29 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/10/2015              By: /s/BARRY A. CHATZ
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-09401 | JSB | Judge: | Janet S. Baer | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | UNIVERSAL WINDOWS, INC | | | | Date Filed (f) or Converted (c): | 03/09/2012 (f) |
| | | | | | 341(a) Meeting Date: | 05/07/2012 |
| For Period Ending: | 12/10/2015 | | | | Claims Bar Date: | 09/21/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Accounts | 3,511.08 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 20.76 | 0.00 | | 0.00 | FA |
| 3. Accounts Receivable | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. Office Equipment | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Chapter 13 payments from Linda G. Shenaurlt (10-2534) (u) | 0.00 | 1,804.59 | | 1,804.59 | FA |
| 6. Wage garnishment for judgment against Evalyn Hall (u) | 0.00 | 988.21 | | 988.21 | FA |
| 7. Chapter 13 payments from Angela Smith (08-00629) (u) | 0.00 | 228.37 | | 228.37 | FA |
| 8. Void (u) | 0.00 | N/A | | 0.00 | Unknown |
| INT. Void (u) | 0.00 | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $7,531.84    $3,021.17    $3,021.17    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case administered; prepare TFR.

| RE PROP # | 5 | -- | PAYMENT FROM CHAPTER 13 BANKRUPTCY ESTATE OF LINDA G. SHENAURLT 10-2534 |
| RE PROP # | 6 | -- | Garnishment of Evalyn Hall - Universal Windows v Evalyn Hall, et al. 09 M1-157398 |
| RE PROP # | 7 | -- | CHAPTER 13 PAYMENT FROM ANGELA SMITH (CASE NO. 08-00629) |

Initial Projected Date of Final Report (TFR): 12/31/2015    Current Projected Date of Final Report (TFR): 12/31/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-09401 | Trustee Name: BARRY A. CHATZ |
| Case Name: UNIVERSAL WINDOWS, INC | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0474 |
| | Checking |
| Taxpayer ID No: XX-XXX0858 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/10/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9239 | Transfer of Funds | 9999-000 | $2,718.77 | | $2,718.77 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,703.77 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,688.77 |

| | | |
|---|---|---|
| COLUMN TOTALS | $2,718.77 | $30.00 |
| Less: Bank Transfers/CD's | $2,718.77 | $0.00 |
| Subtotal | $0.00 | $30.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $30.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*            Page Subtotals:   $2,718.77   $30.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-09401 | Trustee Name: BARRY A. CHATZ |
| Case Name: UNIVERSAL WINDOWS, INC | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX7607 |
| | Checking Account |
| Taxpayer ID No: XX-XXX0858 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/10/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/09/12 | 5 | CHAPTER 13 TRUSTEE MARILYN MARSHALL<br>224 S. Michigan Avenue, Suite 800Chicago, IL 60604 | LIQUIDATION OF UNSCHEDULED ASSET | 1290-000 | $85.00 | | $85.00 |
| 07/09/12 | 5 | CHAPTER 13 TRUSTEE MARILYN MARSHALL<br>224 S. Michigan Avenue, Suite 800Chicago, IL 60604 | LIQUIDATION OF UNSCHEDULED ASSET | 1290-000 | $85.00 | | $170.00 |
| 07/09/12 | 5 | CHAPTER 13 TRUSTEE MARILYN MARSHALL<br>224 S. Michigan Avenue, Suite 800Chicago, IL 60604 | LIQUIDATION OF UNSCHEDULE ASSET | 1290-000 | $255.00 | | $425.00 |
| 07/09/12 | 5 | CHAPTER 13 TRUSTEE MARILYN MARSHALL<br>224 S. Michigan Avenue, Suite 800Chicago, IL 60604 | LIQUIDATION OF UNSCHEDULED ASSET | 1290-000 | $85.00 | | $510.00 |
| 07/25/12 | 6 | UNITED STATES POSTAL SERVICE | | 1290-000 | $422.82 | | $932.82 |
| 07/26/12 | 5 | OFFICE OF THE CHAPTER 13 TRUSTEE<br>Marilyn O. Marshall224 S. Michigan Avenue, #800Chicago, IL 60604-250 | LIQUIDATION OF UNSCHEDULED ASSET | 1290-000 | $170.00 | | $1,102.82 |
| 08/29/12 | 6 | UNITED STATES POSTAL SERVICE | | 1290-000 | $443.75 | | $1,546.57 |
| 09/20/12 | 6 | UNITED STATES POSTAL SERVICE | | 1290-000 | $121.64 | | $1,668.21 |
| 02/04/13 | 5 | CHAPTER 13 TRUSTEE MARILYN O. MARSH<br>224 S. MICHIGAN AVENUE, SUITE 800CHICAGO, IL 60604-2500 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1290-000 | $1,209.59 | | $2,877.80 |
| 02/13/13 | 5 | Reverses Deposit # 4 | LIQUIDATION OF UNSCHEDULED ASSET<br>Chapter 13 Trustee's Office stopped payment on check | 1290-000 | ($85.00) | | $2,792.80 |
| 02/19/13 | | Trsf To BANK OF NEW YORK MELLON | FINAL TRANSFER | 9999-000 | | $2,792.80 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $2,792.80 | $2,792.80 |
| Less: Bank Transfers/CD's | $0.00 | $2,792.80 |
| Subtotal | $2,792.80 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,792.80 | $0.00 |

Exhibit B

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-09401 | Trustee Name: | BARRY A. CHATZ | |
| Case Name: | UNIVERSAL WINDOWS, INC | Bank Name: | The Bank of New York Mellon | |
| | | Account Number/CD#: | XXXXXX9239 | |
| | | | Checking Account | |
| Taxpayer ID No: | XX-XXX0858 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 12/10/2015 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $2,792.80 | | $2,792.80 |
| 03/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $1.34 | $2,791.46 |
| 03/12/13 | | BANK OF NEW YORK MELLON | ADJUSTMENT OUT | 2600-000 | | $8.66 | $2,782.80 |
| 04/05/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,772.80 |
| 05/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,762.80 |
| 06/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,752.80 |
| 07/08/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,742.80 |
| 07/28/13 | 7 | TOM VAUGHN CHAPTER 13 TRUSTEEP.O. BOX 2937CHICAGO, IL 60690-2937 | LIQUIDATION OF UNSCHEDULED ASSET | 1290-000 | $228.37 | | $2,971.17 |
| 08/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,961.17 |
| 09/09/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,951.17 |
| 10/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,941.17 |
| 11/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,931.17 |
| 12/06/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,921.17 |
| 01/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,911.17 |
| 02/03/14 | 300001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | $2.40 | $2,908.77 |
| 02/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,898.77 |
| 03/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,888.77 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **UST Form 101-7-TFR (5/1/2011)** *(Page: 7)* | | Page Subtotals: | | | $3,021.17 | $132.40 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-09401 | Trustee Name: | BARRY A. CHATZ | |
| Case Name: | UNIVERSAL WINDOWS, INC | Bank Name: | The Bank of New York Mellon | |
| | | Account Number/CD#: | XXXXXX9239 | |
| | | | Checking Account | |
| Taxpayer ID No: | XX-XXX0858 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 12/10/2015 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,878.77 |
| 05/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,868.77 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,858.77 |
| 07/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,848.77 |
| 08/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,838.77 |
| 09/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,828.77 |
| 10/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,818.77 |
| 11/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,808.77 |
| 12/05/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,798.77 |
| 01/08/15 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,788.77 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,778.77 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,768.77 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,758.77 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,748.77 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,738.77 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*          Page Subtotals:          $0.00          $150.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-09401 | Trustee Name: BARRY A. CHATZ |
| Case Name: UNIVERSAL WINDOWS, INC | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX9239 |
| | Checking Account |
| Taxpayer ID No: XX-XXX0858 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/10/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,728.77 |
| 08/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,718.77 |
| 08/21/15 | | Transfer to Acct # xxxxxx0474 | Transfer of Funds | 9999-000 | | $2,718.77 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $3,021.17 | $3,021.17 |
| Less: Bank Transfers/CD's | $2,792.80 | $2,718.77 |
| Subtotal | $228.37 | $302.40 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $228.37 | $302.40 |

| | | |
|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 9)* | Page Subtotals: | $0.00   $2,738.77 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0474 - Checking | $0.00 | $30.00 | $2,688.77 |
| XXXXXX7607 - Checking Account | $2,792.80 | $0.00 | $0.00 |
| XXXXXX9239 - Checking Account | $228.37 | $302.40 | $0.00 |
| | $3,021.17 | $332.40 | $2,688.77 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,021.17 |
| Total Gross Receipts: | $3,021.17 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-09401
Case Name: UNIVERSAL WINDOWS, INC
Trustee Name: BARRY A. CHATZ

Balance on hand $ 2,688.77

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | BANK OF AMERICA, N.A. | $ 345,651.42 | $ 345,651.42 | $ 0.00 | $ 0.00 |
| 7 | ILLINOIS DEPT EMPLOYMENT SECURITY | $ 3,837.37 | $ 3,837.37 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors  $ 0.00

Remaining Balance  $ 2,688.77

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 755.29 | $ 0.00 | $ 755.29 |
| Attorney for Trustee Fees: COHEN & KROL | $ 7,887.50 | $ 0.00 | $ 1,054.48 |
| Other: COHEN & KROL | $ 879.00 | $ 0.00 | $ 879.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 2.40 | $ 2.40 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses  $ 2,688.77

Remaining Balance  $ 0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 11,186.35 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DEPARTMENT OF THE TREASURY | $ 11,186.35 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors $ 0.00

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 75,787.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | EDGAR PEDRAZA | $ 1,408.25 | $ 0.00 | $ 0.00 |
| 4 | STEVEN B. WEINBERG | $ 10,000.00 | $ 0.00 | $ 0.00 |
| 5 | BRIAN DURRANCE | $ 12,879.74 | $ 0.00 | $ 0.00 |
| 6 | TRIBUNE COMPANY D/B/A CHICAGO TRIBU | $ 51,500.00 | $ 0.00 | $ 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*