# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| UNIVERSAL WINDOWS, INC | § | Case No. 12-09401 |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on Tuesday, February 2, 2016 in Courtroom 615, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/10/2015           By: /s/ Barry A. Chatz, Trustee
                                          Trustee


BARRY A. CHATZ
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL 60606

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| UNIVERSAL WINDOWS, INC | § | Case No. 12-09401 |
| | § | |
| Debtor | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 3,021.17 |
| and approved disbursements of | $ | 332.40 |
| leaving a balance on hand of[1] | $ | 2,688.77 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | BANK OF AMERICA, N.A. | $ 345,651.42 | $ 345,651.42 | $ 0.00 | $ 0.00 |
| 7 | ILLINOIS DEPT EMPLOYMENT SECURITY | $ 3,837.37 | $ 3,837.37 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 2,688.77 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 755.29 | $ 0.00 | $ 755.29 |
| Attorney for Trustee Fees: COHEN & KROL | $ 7,887.50 | $ 0.00 | $ 1,054.48 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: COHEN & KROL | $ 879.00 | $ 0.00 | $ 879.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 2.40 | $ 2.40 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,688.77 |
| Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 11,186.35  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DEPARTMENT OF THE TREASURY | $ 11,186.35 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 75,787.99  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | EDGAR PEDRAZA | $ 1,408.25 | $ 0.00 | $ 0.00 |
| 4 | STEVEN B. WEINBERG | $ 10,000.00 | $ 0.00 | $ 0.00 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | BRIAN DURRANCE | $ 12,879.74 | $ 0.00 | $ 0.00 |
| 6 | TRIBUNE COMPANY D/B/A CHICAGO TRIBU | $ 51,500.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Barry A. Chatz, Trustee
Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL  60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-09401-JSB
Universal Windows, Inc                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: esullivan            Page 1 of 2              Date Rcvd: Dec 31, 2015
                              Form ID: pdf006            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 02, 2016.
db           +Universal Windows, Inc,    3508 W Ogden,    Chicago, IL 60623-2507
18598637     +AMERIPRISE FINANCIAL SERVICES,    70213 AMERPRISE FINANCIAL SERVICES,
               MINNEAPOLIS, MN 55474-0702
18598638     +ASSOCIATE AREA COUNSEL, SB/SE,    INTERNAL REVENUE SERVICE,    SUITE 2300,    200 WEST ADAMS,
               CHICAGO, IL 60606-5231
18598640     +BANK OF AMERICA,    135 SOUTH LSALLES,    CHICAGO, IL 60603-4157
18598641     +BRAIN AND LISA DURRANCE,    COOPER STORM & PISCUPO,    117 SOUTH SECOND STREET,
               GENEVA, IL 60134-2711
19144456     +Bank of America, N.A.,    c/o Christopher M. Cahill,    LOWIS & GELLEN LLP,
               200 West Adams, Suite 1900,    Chicago, IL 60606-5229
19249316     +Brian Durrance,    Philip J. Piscopo,    Cooper Storm & Piscopo,    117 S. Second Street,,
               Geneva, Illinois 60134-2711
18598642     +CHICAGO TRIBUNE,    EDWARD MARGOLIS,    19 SOUTH LASALLE SUITE 701,    CHICAGO, IL 60603-1431
18598643     +CITY OF CHICAGO DEPT OF ADMINISTRATIVE H,    400 WEST SUPERIOR,    CHICAGO, IL 60654-3409
18598644     +CITY OF CHICAGO-DEPT PF BISOMESS AFFAIRS,    121 NORTH LASALLE ROOM 805,
               CHICAGO, IL 60602-1237
18598645     +D. PATRICK MULLARKEY,    TAX DIV (DOJ),    P.O. BOX 552 BEN FRANKLIN STATION,
               WASHINGTON, D.C 20044-0552
18598646     +DEBT ALERT,    4836 BRECKSVILLE ROAD,    P.O. BOX 509,    RICHFIELD, OH 44286-0509
18598648     +EDGAR PEDRAZA,    3446 NORTH NEW ENGLAND,    CHICAGO, IL 60634-3747
18598654    #+KAPLAN BANKRUPTCY FIRM LLC,    55 E. JACKSON,    SUITE 650,    CHICAGO, ILLINOIS 60604-4457
18598655     +LEVY DIAMOND BELLO & ASSOCIATES, LLC,    P.O. BOX 352,    MILFORD, CT 06460-0352
18598656     +LOWIS & GELLEN,    200 WEST ADAMS STREET SUITE 1900,    CHICAGO, IL 60606-5229,
               ATTN: CLEMON ASHLEY
18598657     +MARKETING PARTNERSHIP INTERNATIONAL,    DAVID ROSSENFIELD,    1000 SKOLIE BLVD SUITE 410,
               WILMETTE, IL 60091-1166
18598659     +STEVEN R. WEINBERG,    33 NORTH COUNTY STREET,    WAUKEGAN, IL 60085-4315
19281823     +Steven B. Weinberg,    33 North County Street,    Suite 300,    Waukegan, Illinois 60085-4322
19465113     +Tribune Company d/b/a Chicago Tribune,    2501 S State Hwy 121 Bus #800B,
               Lewisville TX 75067-8229
18598660     +UNITED STATES ATTORNEY,    219 SOUTH DEARBORN,    CHICAGO, IL 60604-1708
18598662     +VILLAGE OF SOUTH HOLLAND,    16240 WASAU AVENUE,    SOUTH HOLLAND, IL 60473-2156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18598647     +E-mail/Text: cio.bncmail@irs.gov Dec 31 2015 23:41:43     Department of the Treasury,
               Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
23752469     +E-mail/Text: des.claimantbankruptcy@illinois.gov Dec 31 2015 23:53:06
               Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
18598658     +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Dec 31 2015 23:42:00
               OFFICE OF THE UNITED STATES TRUSTEE,    219 SOUTH DEARBORN, ROOM 873,    CHICAGO, IL 60604-2027
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18598652*    +INTERNAL REVENUE SERVICE,    2970 MARKET STREET,    MAIL STOP 5-Q30, 133,
               PHILADELPHIA, PA 19104-5002
18598650*     INTERNAL REVENUE SERVICE,    PO BOX 7346,    PHILADELPHIA, PA 19101-7346
18598651*     INTERNAL REVENUE SERVICE,    PO BOX 7317,    PHILADELPHIA, PA 19101-7317
18598649*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:   INTERNAL REVENUE SERVICE,    ATTN: BANKRUPTCY DEPARTMENT,
               MAIL STOP 5010 CHI,    230 SOUTH DEARBORN STREET,    CHICAGO, IL 60604)
23758682*    +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
18598661*    +UNIVERSAL WINDOWS, INC,    3508 W OGDEN,    CHICAGO, IL 60623-2507
18598639    ##+BAKER & MILLER,    29 N WACKER DR,    CHICAGO, IL 60606-3227
18598653    ##+JOSEPH MANN & CREED,    20600 CHAGRIN BLVD SUITE 550,    SHAKER HEIGHTS, OH 44122-5340
                                                                                   TOTALS: 0, * 6, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: esullivan            Page 2 of 2                  Date Rcvd: Dec 31, 2015
                              Form ID: pdf006            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2015 at the address(es) listed below:
              Alanna G Morgan    on behalf of Defendant    Omega Construction of Illinois, Inc.
               amorgan@morganandbleylimited.com
              Alanna G Morgan    on behalf of Defendant    Omega General Construction, Inc.
               amorgan@morganandbleylimited.com
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Christopher M Cahill    on behalf of Creditor    BANK OF AMERICA, N.A. ccahill@lowis-gellen.com,
               abockman@lowis-gellen.com
              E. Philip  Groben    on behalf of Plaintiff Barry A.   Chatz pgroben@dandgpc.com
              E. Philip  Groben    on behalf of Trustee Barry A Chatz pgroben@dandgpc.com
              Gina B Krol, ESQ    on behalf of Trustee Barry A Chatz gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Keevan D. Morgan    on behalf of Defendant    Omega General Construction, Inc.
               kmorgan@morganandbleylimited.com
              Keevan D. Morgan    on behalf of Defendant    Omega Construction of Illinois, Inc.
               kmorgan@morganandbleylimited.com
              Konstantine T. Sparagis    on behalf of Interested Party Mariusz  Nalepa gsparagi@yahoo.com,
               Gus@konstantinelaw.com;Morgan@konstantinelaw.com;Drew@konstantinelaw.com
              Konstantine T. Sparagis    on behalf of Defendant Mariusz  Nalepa gsparagi@yahoo.com,
               Gus@konstantinelaw.com;Morgan@konstantinelaw.com;Drew@konstantinelaw.com
              Konstantine T. Sparagis    on behalf of Defendant    Climate Solution Windows & Doors, Inc.
               gsparagi@yahoo.com,  Gus@konstantinelaw.com;Morgan@konstantinelaw.com;Drew@konstantinelaw.com
              Konstantine T. Sparagis    on behalf of Interested Party Wioletta  Slowik gsparagi@yahoo.com,
               Gus@konstantinelaw.com;Morgan@konstantinelaw.com;Drew@konstantinelaw.com
              Konstantine T. Sparagis    on behalf of Defendant Wioletta  Slowik gsparagi@yahoo.com,
               Gus@konstantinelaw.com;Morgan@konstantinelaw.com;Drew@konstantinelaw.com
              Morgan I Marcus    on behalf of Defendant Wioletta  Slowick mmarcus@sessions-law.biz,
               jcamargo@sessions-law.biz
              Morgan I Marcus    on behalf of Defendant Mariusz  Nalepa mmarcus@sessions-law.biz,
               jcamargo@sessions-law.biz
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas R Hitchcock    on behalf of Debtor 1    Universal Windows, Inc tom@tomhitchcock.com,
               support@tomhitchcock.com
              Timothy H. Spruce    on behalf of Debtor 1    Universal Windows, Inc tspruce@financialrelief.com,
               yrodriguez@financialrelief.com;josefina@financialrelief.com;kaplanlaw@iamthewolf.com;Yolis.Kaplan
              Law@gmail.com
                                                                                             TOTAL: 19
```