# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| UNIVERSAL WINDOWS, INC | § | Case No. 12-09401 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 7,531.84                     Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants:  0.00        Claims Discharged
                                               Without Payment:  NA

Total Expenses of Administration:  3,021.17

---

3) Total gross receipts of $ 3,021.17  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 3,021.17  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 349,488.79 | $ 349,488.79 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 9,854.19 | 9,854.19 | 3,021.17 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 11,186.35 | 11,186.35 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 504,933.11 | 75,787.99 | 75,787.99 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 504,933.11 | $ 446,317.32 | $ 446,317.32 | $ 3,021.17 |

4) This case was originally filed under chapter 7 on 03/09/2012. The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/03/2016　　　　By:/s/BARRY A. CHATZ
　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chapter 13 payments from Angela Smith (08-00629) | 1290-000 | 228.37 |
| Chapter 13 payments from Linda G. Shenaurlt (10-2534) | 1290-000 | 1,804.59 |
| Wage garnishment for judgment against Evalyn Hall | 1290-000 | 988.21 |
| TOTAL GROSS RECEIPTS | | $3,021.17 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | BANK OF AMERICA, N.A. | 4210-000 | NA | 345,651.42 | 345,651.42 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | ILLINOIS DEPT EMPLOYMENT SECURITY | 4800-000 | NA | 3,837.37 | 3,837.37 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 349,488.79 | $ 349,488.79 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 755.29 | 755.29 | 755.29 |
| BARRY A. CHATZ | 2200-000 | NA | 0.00 | 0.00 | 0.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 2.40 | 2.40 | 2.40 |
| BANK OF NEW YORK MELLON | 2600-000 | NA | 221.34 | 221.34 | 221.34 |
| BANK OF NEW YORK MELLON | 2600-000 | NA | 8.66 | 8.66 | 8.66 |
| The Bank of New York Mellon | 2600-000 | NA | 70.00 | 70.00 | 70.00 |
| Union Bank | 2600-000 | NA | 30.00 | 30.00 | 30.00 |
| COHEN & KROL | 3210-000 | NA | 7,887.50 | 7,887.50 | 1,054.48 |
| COHEN & KROL | 3220-000 | NA | 879.00 | 879.00 | 879.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 9,854.19 | $ 9,854.19 | $ 3,021.17 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Department of the Treasury Internal Revenue Service- 230 S. Dearborn- STOP 5010 CHI Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| 1 | DEPARTMENT OF THE TREASURY | 5800-000 | NA | 11,186.35 | 11,186.35 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 11,186.35 | $ 11,186.35 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ameriprise Financial Services 70213 Amerprise Financial Services Minneapolis, MN 55474 | | 200.00 | NA | NA | 0.00 |
| | Associate Area Counsel, SB/SE Internal Revenue Service Suite 2300 200 West Adams Chicago, IL 60606-5208 | | 0.00 | NA | NA | 0.00 |
| | Baker & Miller 29 N wacker Dr Chicago, IL 60603 | | 8,018.00 | NA | NA | 0.00 |
| | Bank of America 135 South LsAlles Chicago, IL 60603 | | 333,000.00 | NA | NA | 0.00 |
| | Brain and Lisa Durrance Cooper Storm & Piscupo 117 South Second Street Geneva, IL 60134 | | 8,445.47 | NA | NA | 0.00 |
| | Chicago Tribune Edward Margolis 19 South LaSalle Suite 701 Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | City of Chicago Dept of Administrative H 400 West Superior Chicago, IL 60606 | | 35,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago-Dept pf Bisomess Affairs 121 North LaSalle Room 805 Chicago, IL 60602 | | 5,000.00 | NA | NA | 0.00 |
| | D. Patrick Mullarkey Tax Div (DOJ) P.O. Box 552 Ben Franklin Station Washington, D.C. 20044 | | 0.00 | NA | NA | 0.00 |
| | Debt Alert 4836 Brecksville Road P.O. Box 509 Richfield, OH 44286 | | 8,018.00 | NA | NA | 0.00 |
| | Debt Alert 4836 Brecksville Road P.O. Box 509 Richfield, OH 44286 | | 0.00 | NA | NA | 0.00 |
| | Edgar Pedraza 3446 North New England Chicago, IL 60680 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service 2970 Market Street Mail Stop 5-Q30, 133 Philadelphia, PA 19104-5016 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Attn: Bankruptcy Department Mail Stop 5010 CHI 230 South Dearborn Street Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service PO Box 7317 Philadelphia, PA 19101-7317 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | 0.00 | NA | NA | 0.00 |
| | Joseph Mann & Creed 20600 Chagrin Blvd Suite 550 Shaker Heights, OH 44122 | | 7,074.14 | NA | NA | 0.00 |
| | Levy Diamond Bello & Associates, LLC P.O. Box 352 Milford, CT 06460 | | 53,218.00 | NA | NA | 0.00 |
| | Marketing Partnership International David Rossenfield 1000 Skolie Blvd Suite 410 Wilmette, IL 60091 | | 40,859.50 | NA | NA | 0.00 |
| | Representing: Bank of America | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Steven R. Weinberg 33 North County Street Waukegan, IL 60085 | | 6,000.00 | NA | NA | 0.00 |
| | United States Attorney 219 South Dearborn Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| | Village of South Holland 16240 Wasau Avenue South Holland, IL 60473 | | 100.00 | NA | NA | 0.00 |
| 5 | BRIAN DURRANCE | 7100-000 | NA | 12,879.74 | 12,879.74 | 0.00 |
| 3 | EDGAR PEDRAZA | 7100-000 | NA | 1,408.25 | 1,408.25 | 0.00 |
| 4 | STEVEN B. WEINBERG | 7100-000 | NA | 10,000.00 | 10,000.00 | 0.00 |
| 6 | TRIBUNE COMPANY D/B/A CHICAGO TRIBU | 7100-000 | NA | 51,500.00 | 51,500.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 504,933.11 | $ 75,787.99 | $ 75,787.99 | $ 0.00 |

Page: 1

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 12-09401 | JSB | Judge: | Janet S. Baer | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | UNIVERSAL WINDOWS, INC | | | | Date Filed (f) or Converted (c): | 03/09/2012 (f) |
| | | | | | 341(a) Meeting Date: | 05/07/2012 |
| For Period Ending: | 03/03/2016 | | | | Claims Bar Date: | 09/21/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Accounts | 3,511.08 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 20.76 | 0.00 | | 0.00 | FA |
| 3. Accounts Receivable | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. Office Equipment | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Chapter 13 payments from Linda G. Shenaurlt (10-2534) (u) | 0.00 | 1,804.59 | | 1,804.59 | FA |
| 6. Wage garnishment for judgment against Evalyn Hall (u) | 0.00 | 988.21 | | 988.21 | FA |
| 7. Chapter 13 payments from Angela Smith (08-00629) (u) | 0.00 | 228.37 | | 228.37 | FA |
| 8. Void (u) | 0.00 | N/A | | 0.00 | Unknown |
| INT. Void (u) | 0.00 | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $7,531.84    $3,021.17    $3,021.17    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case administered; prepare TFR.

RE PROP #    5  --  PAYMENT FROM CHAPTER 13 BANKRUPTCY ESTATE OF LINDA G. SHENAURLT 10-2534
RE PROP #    6  --  Garnishment of Evalyn Hall - Universal Windows v Evalyn Hall, et al. 09 M1-157398
RE PROP #    7  --  CHAPTER 13 PAYMENT FROM ANGELA SMITH (CASE NO. 08-00629)

Initial Projected Date of Final Report (TFR): 12/31/2015    Current Projected Date of Final Report (TFR): 12/31/2015

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-09401  
Case Name: UNIVERSAL WINDOWS, INC  
Taxpayer ID No: XX-XXX0858  
For Period Ending: 03/03/2016  

Trustee Name: BARRY A. CHATZ  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX0474  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9239 | Transfer of Funds | 9999-000 | $2,718.77 | | $2,718.77 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,703.77 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,688.77 |
| 02/03/16 | 400001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL  60606-0000 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $755.29 | $1,933.48 |
| 02/03/16 | 400002 | COHEN & KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, ILLINOIS  60602 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $879.00 | $1,054.48 |
| 02/03/16 | 400003 | COHEN & KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602 | Final distribution representing a payment of 13.37 % per court order. | 3210-000 | | $1,054.48 | $0.00 |

|  |  |  |
|---:|---:|---:|
| COLUMN TOTALS | $2,718.77 | $2,718.77 |
| Less: Bank Transfers/CD's | $2,718.77 | $0.00 |
| Subtotal | $0.00 | $2,718.77 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $2,718.77 |

Page Subtotals: $2,718.77   $2,718.77

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-09401 | Trustee Name: BARRY A. CHATZ |
| Case Name: UNIVERSAL WINDOWS, INC | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX7607 |
| | Checking Account |
| Taxpayer ID No: XX-XXX0858 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/03/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/09/12 | 5 | CHAPTER 13 TRUSTEE MARILYN MARSHALL<br>224 S. Michigan Avenue, Suite 800Chicago, IL 60604 | LIQUIDATION OF UNSCHEDULED ASSET | 1290-000 | $85.00 | | $85.00 |
| 07/09/12 | 5 | CHAPTER 13 TRUSTEE MARILYN MARSHALL<br>224 S. Michigan Avenue, Suite 800Chicago, IL 60604 | LIQUIDATION OF UNSCHEDULED ASSET | 1290-000 | $85.00 | | $170.00 |
| 07/09/12 | 5 | CHAPTER 13 TRUSTEE MARILYN MARSHALL<br>224 S. Michigan Avenue, Suite 800Chicago, IL 60604 | LIQUIDATION OF UNSCHEDULE ASSET | 1290-000 | $255.00 | | $425.00 |
| 07/09/12 | 5 | CHAPTER 13 TRUSTEE MARILYN MARSHALL<br>224 S. Michigan Avenue, Suite 800Chicago, IL 60604 | LIQUIDATION OF UNSCHEDULED ASSET | 1290-000 | $85.00 | | $510.00 |
| 07/25/12 | 6 | UNITED STATES POSTAL SERVICE | | 1290-000 | $422.82 | | $932.82 |
| 07/26/12 | 5 | OFFICE OF THE CHAPTER 13 TRUSTEE<br>Marilyn O. Marshall224 S. Michigan Avenue, #800Chicago, IL 60604-250 | LIQUIDATION OF UNSCHEDULED ASSET | 1290-000 | $170.00 | | $1,102.82 |
| 08/29/12 | 6 | UNITED STATES POSTAL SERVICE | | 1290-000 | $443.75 | | $1,546.57 |
| 09/20/12 | 6 | UNITED STATES POSTAL SERVICE | | 1290-000 | $121.64 | | $1,668.21 |
| 02/04/13 | 5 | CHAPTER 13 TRUSTEE MARILYN O. MARSH<br>224 S. MICHIGAN AVENUE, SUITE 800CHICAGO, IL 60604-2500 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1290-000 | $1,209.59 | | $2,877.80 |
| 02/13/13 | 5 | Reverses Deposit # 4 | LIQUIDATION OF UNSCHEDULED ASSET<br>Chapter 13 Trustee's Office stopped payment on check | 1290-000 | ($85.00) | | $2,792.80 |
| 02/19/13 | | Trsf To BANK OF NEW YORK MELLON | FINAL TRANSFER | 9999-000 | | $2,792.80 | $0.00 |

| | | | | Page Subtotals: | $2,792.80 | $2,792.80 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $2,792.80 | $2,792.80 |
| Less: Bank Transfers/CD's | $0.00 | $2,792.80 |
| Subtotal | $2,792.80 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,792.80 | $0.00 |

Exhibit 9

Page Subtotals: $0.00 $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-09401 | Trustee Name: BARRY A. CHATZ |
| Case Name: UNIVERSAL WINDOWS, INC | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX9239 |
| | Checking Account |
| Taxpayer ID No: XX-XXX0858 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/03/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $2,792.80 | | $2,792.80 |
| 03/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $1.34 | $2,791.46 |
| 03/12/13 | | BANK OF NEW YORK MELLON | ADJUSTMENT OUT | 2600-000 | | $8.66 | $2,782.80 |
| 04/05/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,772.80 |
| 05/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,762.80 |
| 06/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,752.80 |
| 07/08/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,742.80 |
| 07/28/13 | 7 | TOM VAUGHN CHAPTER 13 TRUSTEEP.O. BOX 2937CHICAGO, IL 60690-2937 | LIQUIDATION OF UNSCHEDULED ASSET | 1290-000 | $228.37 | | $2,971.17 |
| 08/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,961.17 |
| 09/09/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,951.17 |
| 10/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,941.17 |
| 11/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,931.17 |
| 12/06/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,921.17 |
| 01/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,911.17 |
| 02/03/14 | 300001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | $2.40 | $2,908.77 |
| 02/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,898.77 |
| 03/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,888.77 |

Page Subtotals: $3,021.17   $132.40

UST Form 101-7-TDR (10/1/2010) (Page: 14)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-09401 | Trustee Name: | BARRY A. CHATZ | |
| Case Name: | UNIVERSAL WINDOWS, INC | Bank Name: | The Bank of New York Mellon | |
| | | Account Number/CD#: | XXXXXX9239 | |
| | | | Checking Account | |
| Taxpayer ID No: | XX-XXX0858 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 03/03/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,878.77 |
| 05/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,868.77 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,858.77 |
| 07/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,848.77 |
| 08/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,838.77 |
| 09/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,828.77 |
| 10/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,818.77 |
| 11/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,808.77 |
| 12/05/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,798.77 |
| 01/08/15 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,788.77 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,778.77 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,768.77 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,758.77 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,748.77 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,738.77 |

Page Subtotals: $0.00    $150.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-09401 | Trustee Name: BARRY A. CHATZ |
| Case Name: UNIVERSAL WINDOWS, INC | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX9239 |
| | Checking Account |
| Taxpayer ID No: XX-XXX0858 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/03/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,728.77 |
| 08/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,718.77 |
| 08/21/15 | | Transfer to Acct # xxxxxx0474 | Transfer of Funds | 9999-000 | | $2,718.77 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $3,021.17 | $3,021.17 |
| Less: Bank Transfers/CD's | $2,792.80 | $2,718.77 |
| Subtotal | $228.37 | $302.40 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $228.37 | $302.40 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $2,738.77 |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0474 - Checking | $0.00 | $2,718.77 | $0.00 |
| XXXXXX7607 - Checking Account | $2,792.80 | $0.00 | $0.00 |
| XXXXXX9239 - Checking Account | $228.37 | $302.40 | $0.00 |
|  | $3,021.17 | $3,021.17 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $3,021.17 |
| Total Gross Receipts: | $3,021.17 |